UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| CHRISTOPHER LOWELL CORBIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLINTON COUNTY JAIL, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 5:06-cv-197 <br><br> Honorable Robert Holmes Bell <br><br> **ORDER** |

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that plaintiff's "Protest of Dismissal" (docket # 6), construed as objections to the report and recommendation of the magistrate judge, be and hereby is OVERRULED.

IT IS FURTHER ORDERED that the report and recommendation of the magistrate judge (docket # 4), except for that portion dealing with exhaustion of administrative remedies, is hereby ADOPTED as the opinion of the court.

IT IS FURTHER ORDERED that plaintiff's complaint against the Clinton County Jail is DISMISSED for failure to state a claim upon which relief can be granted, subject to plaintiff's ability to replead his claims.

IT IS FURTHER ORDERED that, within thirty days hereof, plaintiff shall file an amended complaint specifically identifying all putative defendants and alleging the acts and omissions that give rise to a federal claim against each.


Date:   January 23, 2007              /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  CHIEF UNITED STATES DISTRICT JUDGE